IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO DESHUN SARTIN,
ADC #128441                                                                                          PETITIONER

v.                                             No. 5:12-cv-342 DPM-JTR

RAY HOBBS, Director, Arkansas
Department of Correction                                                                 RESPONDENT

ORDER

Sartin, incarcerated in the Arkansas Department of Correction, filed a petition for a writ of habeas corpus in September 2012, but his application to proceed *in forma pauperis* was denied. *Document No. 3*. The Court explained that "[i]f [Sartin] wishes to continue with this habeas action, he must pay the $5.00 filing fee, in full, **on or before October 15, 2012**." *Ibid.* (emphasis original). He has failed to do so.

The Court warned Sartin his case could be dismissed if he failed to act within 30 days, citing Local Rule 5.5(c)(2). *Ibid.* Sartin did not act, and more than 45 days have passed since Judge Ray's Order. Sartin's Petition for a Writ

of Habeas Corpus, *Document No. 2*, is therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
6 November 2012