IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO DESHUN SARTIN,**
ADC #128441                                                                    PETITIONER

v.                          No. 5:12-cv-342 DPM

**RAY HOBBS,** Director, Arkansas
**Department of Correction**                                          RESPONDENT

## JUDGMENT

Sartin's petition for a Writ of Habeas Corpus is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 November 2012